*10*

## EXPEDITE

Paid: 150012176

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

### for the
EASTERN   District of MICHIGAN

TALMADGE DERRELL BARNES
_____
Petitioner

v.

WARDEN RARDIN ET. AL.
_____
Respondent
(name of warden or authorized person having custody of petitioner)

)
)
)
)
)
)
)
)
)
)
)

Case: 1:24-cv-12471
Assigned To : Ludington, Thomas L.
Referral Judge: Grand, David R.
Assign. Date : 9/20/2024
Description: HC BARNES V. RARDIN ET AL. (AB)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: TALMADGE DERRELL BARNES

    (b) Other names you have used: _____

2.  Place of confinement:

    (a) Name of institution: FCI Milan MI

    (b) Address: PO Box 1000, Milan, MI, 48160

    (c) Your identification number: 54698-059

3.  Are you currently being held on orders by:

    ☑ Federal authorities    ☐ State authorities    ☐ Other - explain:

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)

    ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

    (a) Name and location of court that sentenced you: THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF MICHIGAN

    (b) Docket number of criminal case: 16-20387

    (c) Date of sentencing: JUNE 1ST, 2017

    ☐ Being held on an immigration charge

    ☐ Other (explain): _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.      What are you challenging in this petition:

☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☑ Other *(explain)*:   I was scheduled for transfer to halfway house Oct. 3, 2024. On Sept 4, 2024, unit team informed me that my transfer was cancelled due to lack of available bed space. My new out date is April, 2025.

6.      Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court:   THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF MICHIGAN

(b)  Docket number, case number, or opinion number:    16-20387

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

(d)  Date of the decision or action:    9-4-24

## Your Earlier Challenges of the Decision or Action

7.      **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes      ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:

(2)  Date of filing:

(3)  Docket number, case number, or opinion number:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b)  If you answered "No," explain why you did not appeal: _____

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

(b)  If you answered "No," explain why you did not file a second appeal: _____

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: _____

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

_____

(b)  If you answered "No," explain why you did not file a third appeal: _____

_____

10.   **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes                    ☐ No

If "Yes," answer the following:

(a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                ☐ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

_____

(b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                ☐ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
conviction or sentence: _____

_____
_____
_____
_____
_____
_____
_____

11.     **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes               ☐ No
        If "Yes," provide:
(a)     Date you were taken into immigration custody: _____
(b)     Date of the removal or reinstatement order: _____
(c)     Did you file an appeal with the Board of Immigration Appeals?
        ☐ Yes               ☐ No
        If "Yes," provide:
        (1)  Date of filing: _____
        (2)  Case number: _____
        (3)  Result: _____
        (4)  Date of result: _____
        (5)  Issues raised: _____

_____
_____
_____
_____
_____

(d)     Did you appeal the decision to the United States Court of Appeals?
        ☐ Yes               ☐ No
        If "Yes," provide:
        (1)  Name of court: _____
        (2)  Date of filing: _____
        (3)  Case number: _____
        (4)  Result: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes        ☑ No

If "Yes," provide:

(a)  Kind of petition, motion, or application: _____

(b)  Name of the authority, agency, or court: _____

_____

(c)  Date of filing: _____

(d)  Docket number, case number, or opinion number: _____

(e)  Result: _____

(f)  Date of result: _____

(g)  Issues raised: _____

_____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

**GROUND ONE:**   Petitioner is entitled to immediate transfer to prerelease custody because the Bureau of Prisons (BOP) have violated the governing federal statutes, by failing to effect his immediate transfer to prerelease custody

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b)  Did you present Ground One in all appeals that were available to you?
☐ Yes                    ☐ No

**GROUND TWO:**

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Two in all appeals that were available to you?
☐ Yes                    ☐ No

**GROUND THREE:**

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Three in all appeals that were available to you?
☐ Yes                    ☐ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes             ☐No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:   Petitioner respectfully requests permission to bypass administrative remedies because exhaustion thereof in this case will in fact equate to petitioners incarceration exceeding FSA's permissable sentence range if this court does not intercede.

**Request for Relief**

15.  State exactly what you want the court to do:   petitioner respectfully requests transfer to home confinement. The program statement says unit team shall transfer inmates to home confinement when no bedspace is available.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

9-9-2024

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  9-5-2024

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Lucia Moro
516 Street Ave
Clare, MI 48617

U.S. MARSHALS

Metroplex MI 480 417
RECD 16 SEP 2024AM

Office Of The Clerk
United States District Court
231 W. Lafayette Blvd. 5th Flr
Detroit, MI 48226






FREEDOM
FREEDOM
FREEDOM