UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Talmadge Derrell Barnes, 54698-039,

        Petitioner,                      Case No. 24-12471

v.                                        Judge Thomas L. Ludington

Rardin,

                                    Magistrate Judge David R. Grand

       Respondent(s).
_____/

### ORDER AMENDING CAPTION

The Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. The proper Respondent for a habeas petition filed pursuant to 28 U.S.C. § 2254 is the state officer having custody of the Petitioner. *See* Rule 2, Rules Governing Section 2254 Cases. Petitioner is incarcerated at:

        FCI Milan
        Federal Correction Institution
        P.O. Box 1000
        Milan, MI 48160
        WASHTENAW COUNTY

The Warden of that facility is Eric Rardin.

Accordingly, the Court hereby **ORDERS** the case caption be amended to read as follows:

"Talmadge Derrell Barnes v. Eric Rardin."

Date: December 3, 2024                                 s/David R. Grand
                                                                    David R. Grand
                                                                    United States Magistrate Judge

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date: December 3, 2024                                 s/M. Sylvetser
                                                                    Deputy Clerk