IN THE UNITED STATES COURT OF APPEALS
SIXTH CIRCUIT

TALMADGE DERRELL BARNES
Petitioner

Case No: 1:24-CV-12471-TLL-DRG

VS

HON. THOMAS L LUDINGTON
Respondent

FILED
NOV 26 2024
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

## MOTION TO REQUEST THAT A WRIT OF MANDAMUS ISSUE

Comes now Talmadge Derrell Barnes ("Hereafter Petitioner") hereby moves this honorable court to issue a writ of Mandamus. In support of this Request, Petitioner states the following:

## BACKGROUND FACTS

Petitioner presented a 28 U.S.C. 2241 with a motion for expedited consideration, alleging that the B.O.P. are causing a adverse effect in the execution of his sentence by violating the Federal First Step Act of (2018) Federal Statutes 18 U.S.C. 3624 (G), and 18 U.S.C. 3632(d)(4)(c) that mandates Respondents to place Petitioner in prerelease custody once the (FSA) credits equal up to the (FSA) Release Date.

(1)

The B.O.P. has calculated Petitioner (FSA) credits in conjunction with the Second Chance Act of (2007), and set Petitioner a Release date. Subsequently, thereafter the B.O.P. rescinded the Release date and Reset it beyond the (FSA) Release date.

This subsequent Reseting of the Release date, is what Violates the First Step Act of (2018) Federal Statute of 18 U.S.C. 3624(G), and 18 U.S.C. 3632(d)(4)(C), and Requires this honorable Court to issue a Writ of Mandamus for the lower Courts to adhere to 28 U.S.C. 2243 and Civ. R. App. P. Rule (4) as Petitioner shall be placed in the Halfway House.

## LEGAL AUTHORITY TO GRANT THE WRIT OF MANDAMUS

Petitioner contend that pursuant to Civil Rule Procedure Rule (4), and 28 U.S.C. 2243. The District Court has failed in its duty to issue a Order to Show Cause Pursuant to Civil Rule (4) to Respondents, and as failed to adjudicate the matter pursuant to 28 U.S.C. 2243.

The District Court dereliction of duty to adhere to Civil Rules of Procedure (4) Screening Process of 28 U.S.C. 2241, is inevitably having a adverse effect on the Mandate of 28 U.S.C. 2243 which Requires the District Court to Summarily hear and dispose of habeas petition within five days. See, McClellan V Young, 421 F.2d 690 (6th Cir 1970 Ruby V United States, 341 F.2d 585 (9th Cir 1965)(same), Glynn V Donnelly 470 F.2d 95 (1st Cir 1972)(same), Jones V Shell, 572 F.2d 1278 (8th Cir 1978

(2)

## CONCLUSION

Petitioner contend that he can not get to the commands of 28 U.S.C. 2243 time periods the courts are required to adhere to, if the district court is failing in it's duty to issue a show cause order to the B.O.P. pursuant to Rule of Civil Procedure Rule (4).

## RELIEF REQUESTED

Petitioner request that this Honorable Court issue a writ of Mandamus instructing the lower district court to adhere to Civil Rule of Procedure (4) by issuing a show cause order to the B.O.P. why the writ shall not issue. Appoint counsel pursuant to 18 U.S.C. 3006 (A)

## CERTIFICIATE OF SERVICE

Petitioner, states that a copy of this motion has been placed in the U.S. postal mail to:

U.S. District Judge
Thomas L Ludington
231 West Lafayette Blvd.
Detroit, Michigan 48226

U.S. Court of Appeals
100 E Fifth Street
Room# 540
Cincinnati, Ohio 45202

DATE Nov. 11. 24

Talmadge Derrell Barnes #54698039
(FCI) Milan
P.O. Box 1000
Milan, Michigan 48160

(3)

# FSA Time Credit Assessment

Register Number:54698-039, Last Name:BARNES

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only -----------------
All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case SCA days as of 10-12-2024. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 03-01-2027
Projected Release Method: GCT REL
FSA Projected Release Date: 03-01-2026
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 03-01-2026
SCA Conditional Placement Days: 365*
SCA Conditional Placement Date: 03-01-2025*
FSA Conditional Placement Days: 425
FSA Conditional Placement Date: 12-31-2024
Conditional Transition To Community Date: 01-01-2024*
**\*Default SCA conditional placement days. This requires a five-factor review!**



| | Individualized Needs Plan - Program Review   (Inmate Copy) | SEQUENCE: 02062014 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Team Date: 05-01-2024 |
| | Plan is for inmate: BARNES, TALMADGE DERRELL  54698-039 | |

| Assignment | Description | Start |
|---|---|---|
| N-TRAUMA Y | NEED - TRAUMA YES | 05-01-2024 |
| N-WORK Y | NEED - WORK YES | 05-01-2024 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 05-01-2024 |

**Progress since last review**

Barnes has completed Beginner and Advanced Guitar since his last review. He continues to make good progress in the Life Connections Program. He has obtained a job as a Unit Orderly and has maintained clear conduct since 7-2021. He is on the waiting list for Resolve Workshop, Anger Management, Criminal Thinking and Money Smart. He has an RRC placement date of 10-03-2024.

**Next Program Review Goals**

The Unit Team recommends the following: continue making good progress in the Life Connections Program through the next scheduled team.

**Long Term Goals**

The Unit Team recommends the following: prior to your release obtain your birth certificate. Prior to your release complete the Life Connections Program, Anger Management and Resolve Workshop. Save money each month in preparation for your release.

**RRC/HC Placement**

Recommended Placement on date 05-06-2024.

**Comments**

space Finance/Poverty Need Screen Is there documentation in the PSR of any of the following? __ Any history of Bankruptcy __ No bank account __ No assets nor liabilities noted in PSR __ Debts noted in Credit Report or other sources __ Tax Liabilities/back taxes __ Unpaid alimony/child support __ other indications of lack of financial management skills (specify) _____ YES __ X ____ NO _____ (if any of the above, check yes) If the answer is yes, the inmate has a financial/poverty skills need.



Travis Moore
716 Forest Ave
Bay City, MI 48617

Judge Thomas Ludington
1000 Washington Ave
Bay City, MI 48708

RECEIVED
NOV 26 2024
THOMAS L. LUDINGTON
U.S. DISTRICT JUDGE