Case No. 24-2009

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

In re: TALMADGE DERRELL BARNES

Petitioner

Appellant/Petitioner having previously been advised that failure to satisfy certain specified

obligations would result in dismissal of the case for want of prosecution and it appearing that the

appellant/petitioner has failed to satisfy the following obligation(s):

The proper fee was not paid by **January 31, 2025**.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of

prosecution.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued:  April 10, 2025

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 10, 2025

Mr. Talmadge Derrell Barnes
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

Re:  Case No. 24-2009*, In re: Talmadge Barnes*
       Originating Case No.1:24-cv-12471

Dear Mr. Barnes:

   The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Administrator
   for Roy Ford, Case Manager

cc:  Ms. Kinikia D. Essix

Enclosure

No mandate to issue