UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TALMADGE DERRELL BARNES,

          Petitioner,          Case No. 1:24-cv-12471

v.

                                    Honorable Thomas L. Ludington
                                    United States District Judge

ERIC RARDIN,

          Respondent.
_____/

**JUDGMENT**

In accordance with the Opinion and Order issued today:

It is **ORDERED** that the Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

**This is a final order and closes the above-captioned case.**

Dated: June 17, 2025                                                    s/Thomas L. Ludington
                                                                  THOMAS L. LUDINGTON
                                                                  United States District Judge